Case 2:07-cv-01967-TMG Document 17 Filed 05/12/08 Page 1 of 1
Case 2:07-cv-01967-TMG Document 16-2 Filed 04/15/2008 Page 1 of 2
P.01/02




TMG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANNY ALSTON, | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | : | NO. 07-1967 |

### ORDER

AND NOW, this **9th** day of **May**, 2008, upon consideration of Plaintiff's Motion for Summary Judgment, Defendant Commissioner's Response to Plaintiff's Request for Review, and Plaintiff's Reply, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED; **AS NO OBJECTIONS WERE RECEIVED.**
2. Plaintiff's Motion for Summary Judgment is GRANTED;
3. The matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo.

**4. THE CLERK IS DIRECTED TO MARK THIS CASE CLOSED FOR STATISTICAL PURPOSES.**

BY THE COURT:

THOMAS M. GOLDEN, J.

5-12-08 e-mailed to
J. Whitelaw
J. Gordon
N. Cerulli
R. Lukens